[No. 63590-5-I. Division One. March 8, 2010.]

LARRY MARTIN, *Appellant*, v. JEFFREY CONAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-2-02302-2, Dave Needy, J., entered May 13, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, A.C.J., and Grosse, J.

[No. 37504-4-II. Division Two. March 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW O'CONNOR, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 07-1-00258-6, Michael J. Sullivan, J., entered March 21, 2008. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 37936-8-II. Division Two. March 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT BRYAN SILVAS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 05-1-00592-0, Kenneth D. Williams, J., entered June 5, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Bridgewater and Penoyar, JJ.

[No. 38133-8-II. Division Two. March 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB MATTHEW YADEN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 04-1-00348-1, George L. Wood, J., entered July 31, 2008. *Remanded* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Armstrong, JJ.